IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESSE E. MOODY, JR.,
Inmate No. X02438,
    Plaintiff,

vs.   Case No: 3:20cv5572/LAC/EMT

CHRISTOPHER EDELEN, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, initiated this civil rights action by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1) and a motion to proceed in forma pauperis (ECF No. 2). Upon review of the complaint, it appears the proper venue for this action lies in the Tallahassee Division of this court.

Venue for actions under 42 U.S.C. § 1983 is governed by 28 U.S.C. § 1391(b), which provides:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

*Id.* Plaintiff is incarcerated at Taylor Correctional Institution ("Taylor C.I."), which is located in Taylor County in Perry, Florida. Plaintiff complains of events that occurred at Taylor C.I. and names as Defendants five individuals who work there. Considering Defendants work in Taylor County, they likely reside there as well or in a nearby county. Taylor County is located in the Tallahassee Division.

Accordingly, it is respectfully, **RECOMMENDED**:

1. That this case be transferred pursuant to Local Rule 3.1(C) to the Tallahassee Division of this District Court.

2. That the clerk of court be directed to close the file.

At Pensacola, Florida, this 23rd day of June 2020.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:20cv5572/LAC/EMT

# NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv5572/LAC/EMT