IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESSE E. MOODY, JR.,
Inmate No. X02438,
    Plaintiff,

vs.                                   Case No: 3:20cv5572/LAC/EMT

CHRISTOPHER EDELEN, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 23, 2020 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is transferred, pursuant to Local Rule 3.1(C), to the Tallahassee Division of this District Court.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 22nd day of July, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**